**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND M. VELASQUEZ, | ) NO. SACV 12-770-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROBERT A. HOREL, WARDEN, | ) |
| Respondent. | ) |

   Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

   IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: May 30, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE